11-5199-cv
Children First Foundation, Inc. v. Fiala

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York on the 5th day of August, two thousand fifteen.

Present:     ROSEMARY S. POOLER,
             PETER W. HALL,
             DEBRA ANN LIVINGSTON,
                      *Circuit Judges*.

_____

CHILDREN FIRST FOUNDATION, INC.,

                      *Plaintiff-Appellee,*

                v.                      11-5199-cv

BARBARA J. FIALA, in her official capacity as Commissioner of the New York State Department of Motor Vehicles,

                      *Defendant-Appellant.*

_____

Appearing for Appellant:     Zainab A. Chaudry, Assistant Solicitor General (Barbara D. Underwood, Solicitor General, Andrea Oser, Assistant Solicitor General, *on the brief*) *for* Eric T. Schneiderman, Attorney General of the State of New York, Albany, NY.

Appearing for Appellee:      Jeremy D. Tedesco (Jeffrey A. Shafer, David A. Cortman, James P. Trainor, Kevin Theriot, *on the brief*), Alliance Defense Fund, Scottsdale, AZ.

Appeal from the United States District Court for the Northern District of New York  (McCurn, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **VACATED** and **REMANDED**.

Children First Foundation Inc. ("CFF") filed a petition for rehearing from our opinion in *Children First Found., Inc. v. Fiala*, —F.3d—, 2015 WL 2444501 (2d Cir. May 22, 2015).  We stayed our mandate pending the Supreme Court's issuance of its opinion in *Walker v. Texas Div., Sons of Confederate Veterans, Inc*., —U.S.—, 135 S. Ct. 2239 (2015). Both parties submitted briefing on the impact of *Walker*.

Having considered *Walker* and the subsequent briefing, we now GRANT the petition for rehearing, and withdraw that portion of the opinion filed May 22, 2015 holding the custom license plate program (1) was facially valid and (2) did not violate CFF's First Amendment rights in rejecting CFF's proposed custom plate design.

We further VACATE the judgment of the district court and REMAND for further proceedings consistent with the opinion of the Supreme Court. So that the case may be heard as expeditiously as possible, we direct that should the district court deem further discovery necessary, said discovery be limited to the issues raised by *Walker*.

From whatever final decision the district court makes, the jurisdiction of this Court to consider a subsequent appeal may be invoked by any party by notification to the Clerk of this Court within ten days of the district court's decision, in which event the renewed appeal will be assigned to this panel. *See United States v. Jacobson*, 15 F.3d 19 (2d Cir. 1994). Each side to bear its own costs.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2